| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MARVIN GABRIEL HOLMES, §
§
    Petitioner, §
§
versus § CIVIL ACTION NO. 1:12-CV-103
§
DIRECTOR, TDCJ-CID, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Marvin Gabriel Holmes, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Petitioner has filed three motions seeking a default judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Petitioner's motions for default judgment are **DENIED**.

SIGNED at Sherman, Texas, this 12th day of March, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE